IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARTINO MIKE RAMOS,

    Plaintiff,

v.                                    CASE NO. 4:19cv277-RH-MAF

WARDEN DUVAL et al,

    Defendants.

_____/

## ORDER OF DISMISSAL

This prisoner civil-rights case is before the court on the magistrate judge's report and recommendation, ECF No. 15. No objections have been filed.

The recommendation is for dismissal for failure to file a third amended complaint as ordered. The second amended complaint asserted the plaintiff was at risk from gang members but was denied placement in protective management. The plaintiff is now at a different facility, apparently having been moved prior to any attack by the gang members. The plaintiff may have chosen to abandon the litigation. In any event, he has not filed a third amended complaint, making dismissal appropriate, as the report and recommendation properly concludes.

Case No. 4:19cv277-RH-MAF

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "This case is dismissed without prejudice." The clerk must close the file.

SO ORDERED on June 8, 2020.

s/Robert L. Hinkle<br>
United States District Judge